SEPTEMBER 14, 1950

**No. 54662.**—SUIT 4631.—H. H. MacDonaugh & Co. (The Mutual Supply Co.) v. United States. Reap. Dec. 7701 affirmed June 30, 1950. C. A. D. 436.

BEFORE THE FIRST DIVISION, SEPTEMBER 19, 1950

**No. 54663.**—Heller Hope Co. v. United States, protests 130707–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54664.**—J. & H. Baer, Inc., et al. v. United States, protests 133048–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54665.**—Joseph Blank v. United States, protests 134105–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54666.**—Max Stern & Co., Inc. v. United States, protests 141206–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54667.**—Max Stern & Co., Inc. v. United States, protests 150425–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54668.**—Chong Kee Jan & Co. et al. v. United States, protests 966521–G, etc. (San Francisco).

Opinion by COLE, J. The protests were dismissed.

**No. 54669.**—Cohn & Rosenberger, Inc., et al. v. United States, protests 95356–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shell strands similar in all material respects to those the subject of *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim of the plaintiffs was sustained.

**No. 54670.**—W. J. Byrnes & Co. of N. Y., Inc., et al. v. United States, protests 155451–K (A), etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, SEPTEMBER 19, 1950

**No. 54671.**—Atlas Imperial Diesel Engine Co. v. United States, protests 135969–K and 135970–K (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the rough castings of iron the subject of *United States* v. *The Singer Manufacturing Company* (37 C. C. P. A. 104, C. A. D. 427), the claim of the plaintiff was sustained.

**No. 54672.**—W. T. Grant Co., Inc. v. United States, protests 911315–K (A), etc. (New York).

Opinion by RAO, J. The protests were dismissed.